# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| COREY PRESTON, | ) | Case No. 1:18-cv-00414 |
| Plaintiff, | ) | |
| v. | ) | |
| FORGE INDUSTRIAL STAFFING, INC. and BERNE APPAREL COMPANY, | ) | |
| Defendant. | ) | |

## APPEARANCE

To the Clerk of this court and all parties of record:

I, the below signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5 and appendix of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Defendant, Berne Apparel Company.

Respectfully submitted,

BARRETT MCNAGNY LLP

Date: December 12, 2018

By: /s/Anthony M. Stites
Anthony M. Stites, #14078-71
215 E. Berry Street
P. O. Box 2263
Fort Wayne, IN 46801
Phone: (260) 423-9551
Fax:   (260) 423-8920
E-mail: ams@barrettlaw.com
Attorneys for Defendant
Berne Apparel Company

**2192714**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and/or by U.S. Mail which sent notifications of such filing to the following:

| | |
|---|---|
| Christopher C. Myers, Esq. | Forge Industrial Staffing Inc. |
| Christopher C. Myers & Associates | 1010 W. Coliseum Blvd., Suite A |
| 809 South Calhoun Street, Suite 400 | Fort Wayne, IN 46808 |
| Fort Wayne, IN 46802 | |

/s/ Anthony M. Stites_____
Anthony M. Stites

2047195